Clarence T. FOX, Jr.; Geraldine C. Fox, Plaintiffs–Appellants,

v.

FEDERAL BUREAU OF PRISONS; Harley G. Lappin; Jim Ralph; Stephen M. Dewalt; Laurene Sharpe, Case Manager; Gretchen Robinson; Phillip Clark, Defendants–Appellees.

No. 04–6907.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 14, 2004.

Decided: Oct. 20, 2004.

Clarence T. Fox, Jr., Geraldine C. Fox, Appellants pro se.

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Geraldine and Clarence Fox appeal the district court's orders dismissing their civil rights suit and denying their motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Fox v. Federal Bureau of Prisons,* No. CA-04-152-5-H (E.D.N.C. Mar. 31 & May 27, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*